IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

TERESA L. STEVENS,

    Plaintiff,

v.            CIVIL ACTION NO.  2:16-cv-00265

BOSTON SCIENTIFIC CORPORATION, et al.,

    Defendants.

**ORDER**

 For reasons appearing to the court the motion by the plaintiff to lift stay for the sole, limited purpose of filing plaintiff's first amended complaint [ECF No. 36] is **DENIED**.

 The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

        ENTER: September 28, 2017

        _____
        JOSEPH R. GOODWIN
        UNITED STATES DISTRICT JUDGE