IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

**TERESA L. STEVENS**

    Plaintiff,

v.                                             CIVIL ACTION NO. 2:16-CV-0265

**BOSTON SCIENTIFIC CORPORATION, EMAI PLASTIC RAW MATERIAL CO. LTD., PROXY BIOCHEMICAL LIMITED, AND LUXILON INDUSTRIES NV**

    Defendants.

## NOTICE OF WITHDRAWAL OF ATTORNEY JEREMY VEST

Defendant, Boston Scientific Corporation ("Boston Scientific"), hereby gives notice that Jeremy Vest, formerly of the law firm Boies, Schiller & Flexner LLP, is withdrawing from this matter and requests that he be removed from any further ECF filings. In support thereof, Boston Scientific represents as follows:

1.    Michael Bonasso and the law firm of Flaherty Sensabaugh Bonasso PLLC represent Boston Scientific in this matter before the United States District Court for the Southern District of West Virginia.

2.    Jeremy Vest was admitted in the United States District Court for the Southern District of West Virginia on a *pro hac vice* basis to represent Boston Scientific in this matter.

3.    This matter was stayed by this Court on January 26, 2016, and remains stayed.

4.    Mr. Vest will not appear for the remainder of the proceedings.

5.    Michael Bonasso and the law firm of Flaherty Sensabaugh Bonasso shall remain as counsel for Boston Scientific in these proceedings.

**WHEREFORE**, for the foregoing reasons, the undersigned gives notice that Jeremy Vest is withdrawing from the above-styled case and requests that the Court remove Mr. Vest from ECF filing notices.

        Respectfully submitted,

        **BOSTON SCIENTIFIC CORPORATION**

/s/ Michael Bonasso_____
Michael Bonasso (WV State Bar #394)
Jason A. Proctor (WV State Bar #12291)
Flaherty Sensabaugh Bonasso PLLC
Post Office Box 3843
Charleston, West Virginia 25338-3843
(304) 345-0200 (p)
(304) 345-0260 (f)
*Counsel for Boston Scientific Corporation*

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

**TERESA L. STEVENS**

   **Plaintiff,**

v.                                                                    CIVIL ACTION NO. 2:16-CV-0265

**BOSTON SCIENTIFIC
CORPORATION, EMAI PLASTIC RAW
MATERIAL CO. LTD., PROXY
BIOCHEMICAL LIMITED, AND
LUXILON INDUSTRIES NV**

   **Defendants.**

## CERTIFICATE OF SERVICE

     I hereby certify that on April 20, 2022, I caused the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this case.

Dated: April 20, 2022

                                                      /s/ Michael Bonasso
                                                      Michael Bonasso (WVSB #394)